MHL

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 CV 3207

Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.  v. Contract Flooring Service Company, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Contract Flooring Service Company, Inc.
The Defendant

# FILED

JUN 3 0 2008  TC
6-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Steven A. Sigmond |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ |

| FIRM |
| --- |
| The Law Office of Steven A. Sigmond |

| STREET ADDRESS |
| --- |
| 345 N. Canal St., Suite 1208 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6191837 | (312) 258 8188 |

| | | | | |
| --- | --- | --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [✓] | NO [ ] | | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [✓] | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [✓] | NO [ ] | | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [✓] | NO [ ] | | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]    N/A |