IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br>v.<br>CONTRACT FLOORING SERVICE COMPANY, INC.,<br><br>Defendant. | CASE NO. 08-CV-3207<br><br>JUDGE CASTILLO |

## NOTICE OF FILING

To:  Steven A. Sigmond
     The Law Office of Steven A. Sigmond
     345 North Canal St., Suite 1208
     Chicago, IL  60609

**PLEASE TAKE NOTICE** that on July 30, 2008 I caused to be filed at the United States District Court, Eastern Division, 219 South Dearborn St., Chicago, Illinois: *Joint Status Report*, a copy of which is herewith served upon you.

Respectfully Submitted

/s/ Terrance B. McGann
One of the attorneys for Plaintiffs

Terrance B. McGann  (6199967)
Travis J. Ketterman (6237433)
Gregory N. Freerksen  (0874612)
Karen M. Rioux (6279378)
WHITFIELD McGANN & KETTERMAN
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700  Fax (312) 251-9701
tmcgann@whitfield-mcgann.com

## CERTIFICATE OF SERVICE

I, Terrance B. McGann, being first duly sworn under oath, deposes and states that I served a true and correct copy of the above by depositing in the United States mail at 111 East Wacker Drive, Chicago, Illinois, by regular mail, postage prepaid, addressed to whom the Notice is directed before the hour of 5:00 p.m. on July 30, 2008.

/s/ Terrance B. McGann