# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

                            Plaintiff,

v.                                                     Case No.:
                                                     1:08−cv−03207

                                                     Honorable Ruben
                                                     Castillo

Contract Flooring Service Company, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 8/5/2008. Defendant's counsel failed to appear. Status hearing continued to 10/2/2008 at 9:45 a.m. The parties are directed to proceed with all discovery. All discovery to be completed on or before 11/28/2008. Any dispositive motions are to be filed on or before 12/15/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.